IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ALLEN WAYNEBROWNING & SHERREE BROWING,  §§§§§<br><br>Plaintiffs,  §§§<br><br>v.  §§  Case No.: _____<br>  §§§<br>JOSEPH ALEXANDER RICCIO,  §§§<br>  §§<br>Defendant.  § | |

## COMPLAINT FOR NEGLIENCE RESULTING IN PERSONAL INJURY AND MONETARY DAMAGES

COMES NOW, Allen Wayne Browning and his wife, Sherree Browing, Plaintiffs in the above-captioned case, and filing this, their complaint, showing the Court as follows:

### *JURISDICTION, VENUE AND JURY TRIAL REQUEST*

1.

This Court has subject matter jurisdiction in this action pursuant to 28 U.S.C. § 1332 (a) as there is complete diversity of citizenship and the Plaintiffs seek damages in excess of $75,000.00.

2.

Venue is proper in this district pursuant to 28 U.S.C. § 1391(1)(2).

3.

The Plaintiffs request a trial by jury.

## *THE PARTIES*

4.

Defendant Joseph Alexander Riccio is a citizen of the State of Florida and may be served with the summons and complaint at his address, 233 Meadowlark Court, Marco Island, Collier County, FL 34145.

5.

Plaintiffs, Allen Wayne Browning and his wife Sherree Browning, are citizens of the State of Georgia, and reside in Lanier County, Georgia.

## *ALLEGATIONS*

6.

On November 17, 2022, at approximately 1:34 p.m., Allen Wayne Browning was driving his vehicle, a 2007 Freightliner tractor trailer, in an orderly manner traveling east on Georgia Highway 37 in Berrien County, Georgia.

7.

At approximately the same time and place, Defendant was operating his 2020 Cadillac XT4 traveling north on South Coffee Road toward the intersection with Georgia Highway 37 in Berrien County, Georgia.

8.

As Defendant approached the intersection of Georgia Highway 37 and South Coffee Road, he failed to stop his vehicle at the posted STOP sign, pulled into the intersection directly in front of Mr. Browning, who did not have enough time to stop his truck or take evasive action. As a result, Defendant is responsible for causing a crash with the vehicle operated by Plaintiff.

9.

As a result of said collision, Plaintiff sustained severe personal injuries from which he continues to suffer.

10.

As a result of the injuries sustained, the Plaintiff is entitled to recover damages for pain and suffering, past, present and future, as well as damages for medical bills, and a diminished capacity to work and labor.

### NEGLIGENCE OF DEFENDANT

11.

Plaintiff shows that the sole proximate cause of the injuries and damages sustained by Plaintiff were the result of the negligence of the Defendant in several particulars including, but not limited to, the following:

(a) Failing to stop at a STOP sign, as required by law (negligence per se);

(b) Disregarding the right of way rule (negligence per se);

(c) Obstructing an intersection; and

(d) Driving while distracted, and not exercising due care while operating a vehicle.

### LOSS OF CONSORTIUM

12

At all times relevant to this case, Plaintiff Allen Browning was married to Plaintiff Sherree Browning.  Because of his physical and emotional injuries, Plaintiff Sherree Browning has suffered a loss in companionship with her husband, for which she is also entitled to damages.

WHEREFORE, Plaintiff Allen Wayne Browning and Sherree Browing pray for judgment in her favor and against Defendant as follows:

A. For such compensatory damages caused by the negligent conduct of Defendant as may be proved at the trial of the case;

B. For the past and future medical bills, pain and suffering, wage earning capacity, and loss of consortium;

C. Trial by jury;

D. For such other and further relief as the court deems just and proper.

Respectfully submitted, this 27th day of November, 2023.

THE HELMS LAW FIRM, P.C.

*s/ Jack J. Helms, Jr.*
Jack J. Helms, Jr.
GA Bar No.: 344510
Attorney for Plaintiff

P. O. Box 537
Homerville GA 31634
T: (912) 487-5377
F: (912) 487-5827
Email: jeffhelms@helmslaw.com