IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

ALLEN WAYNE BROWNING &amp;    :
SHERREE BROWNING,         :
                       :
     Plaintiffs,          :
                       :    CASE NO: 7:23-CV-128 (WLS)
   v.                :
                       :
JOSEPH ALEXANDER RICCIO,    :
                       :
     Defendant.      :
_____ :

## **ORDER**

     Before the Court is Plaintiffs' Motion for Continuance (Doc. 12) and Plaintiffs' Notice of Withdrawal. In the first motion, Plaintiffs request that the Court reschedule the Discovery Conference set for Tuesday February 27, 2024, but on February 22, 2024, Plaintiffs filed a notice of withdrawal. The Court **ACCEPTS** Plaintiffs' Notice of Withdrawal. The discovery conference scheduled for Tuesday February 27, 2024, will continue as originally scheduled.[1]

     **SO ORDERED**, this 22nd day of February 2024.

                        **/s/ W. Louis Sands**
                        **W. LOUIS SANDS, SR. JUDGE**
                        **UNITED STATES DISTRICT COURT**

---

[1] In light of the flurry of enquiries and communications made to Court staff by Plaintiffs' counsel over the last week in regard to the discovery conference, the Court reminds counsel that the local rules of the Middle District of Georgia prescribe the rules of practice before this Court. Those rules would have provided answers to many of the questions directed at Court staff. In particular, Local Rule 6.1 provides that "a continuance . . . of a pretrial conference . . . will be granted only by the [C]ourt on its own motion or on motion of any party." Counsel are reminded to consult and comply with local rules.