IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ALLEN WAYNE BROWNING & SHERREE BROWNING, : : : Plaintiffs, : : v. : : JOSEPH ALEXANDER RICCIO, : : Defendant. : : | CASE NO.: 7:23-CV-128 (WLS) |

### ORDER

Before the Court is a Stipulation of Dismissal (Doc. 26), filed by the Parties on October 10, 2025. Therein, the Parties stipulate to the dismissal of the above-captioned case with prejudice and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For the purpose of completing the record, the Court acknowledges and **ACCEPTS** the Parties' Stipulation (Doc. 26). Therefore, the above-captioned action is **DISMISSED**, **WITH PREJUDICE**. Plaintiffs' claims against Defendant having now been resolved, the Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED**, this 14th day of October 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**