IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ALLEN WAYNE BROWNING, et al., | * |
| Plaintiffs, | * |
| v. | Case No.   7:23-cv-128 (WLS) |
| | * |
| JOSEPH ALEXANDER RICCIO, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated October 14, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 14th day of October, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk